FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 01 2019

JAMES W. McCORMACK, CLERK
By:_____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR00572 KGB |
| | ) | |
| JACLYN BROOKS HARRIS | ) | **UNDER SEAL** |

## MOTION TO REVOKE BOND

The United States by and through Cody Hiland, United States Attorney for the Eastern District of Arkansas, and Benecia B. Moore, Assistant United States Attorney for said district, for its motion to revoke bond, states:

1. On October 2, 2019, the defendant, Jaclyn Brooks Harris, was indicted on one count of conspiracy to possess a mixture and substance containing fentanyl with intent to distribute.

2. Ms. Harris was arrested by FBI on October 23, 2019.

3. On November 1, 2019, the defendant was placed under pretrial release supervision. Ms. Harris was ordered to report to residential treatment at Recovery Centers of Arkansas (RCA) on November 1, 2019, by 2pm.

4. While Ms. Harris was being transported from jail to RCA by her parents, she got out of her parents' vehicle and refused to get back in. Ms. Harris failed to report to RCA as ordered.

5. Ms. Harris' whereabouts are currently unknown.

WHEREFORE, the United States requests that a warrant be issued for the defendant and that she appear before the Court and show cause why her bond should not be revoked.

Respectfully submitted,

CODY HILAND
UNITED STATES ATTORNEY

*Benecia Moore*
By: BENECIA MOORE
Assistant U.S. Attorney
Bar Number 2006050
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
Benecia.Moore@usdoj.gov

2