IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                            Case No. 4:19-cr-00572-07 KGB

JACLYN BROOKS HARRIS                                                                       DEFENDANT

**ORDER**

Pending before the Court is defendant Jaclyn Brooks Harris's *pro se* motion for early termination of supervised release (Dkt. No. 711). The government has responded to the motion and does not contest early termination of supervised release if the Court believes it is appropriate (Dkt. No. 721). For the following reasons, the Court grants the motion for early termination of supervised release (Dkt. No. 711).

On December 9, 2020, Ms. Harris plead guilty to conspiracy to distribute and possess with intent to distribute fentanyl in violation of 21 U.S.C. §§ 846 and 841(b)(1)(c) (Dkt. Nos. 400-401). The Court sentenced Ms. Harris on April 6, 2021, to time served, two years of supervised release, and a $100.00 special penalty assessment (Dkt. Nos. 461-462).

Ms. Harris's supervision commenced on April 6, 2021 (Dkt. No. 721, at 1). Ms. Harris states that she has been able to complete an inpatient treatment program, followed by sober living, and has also completed a 90-day outpatient treatment program (Dkt. No. 711, at 1). Ms. Harris states that she has also completed over 100 hours in esthetician school and has started a business with her mother in Cabot, Arkansas (*Id*.). Ms. Harris also states that she has been actively involved in her daughter's autism therapy since she has been home (*Id*., at 2). The United States Probation Office confirms that Ms. Harris has completed at least one year, but less than 18 months, of her supervision and is in compliance with the conditions of her release (Dkt. No. 721, at 1-2). The

United States Probation Office recommends early termination of Ms. Harris's supervised release (*Id.*, at 2). The government states that in the light of Ms. Harris's efforts at rehabilitation and recognizing her further education in cosmetology, it does not contest Ms. Harris's motion for early termination of supervised release if the Court believes it is appropriate (*Id.*, at 3).

Pursuant to 18 U.S.C. § 3583(e), the Court may terminate a term of supervised release where, after consideration of both the Federal Rules of Criminal Procedure and the appropriate factors, the Court concludes that such action is warranted by the conduct of the defendant and is in the interest of justice. As she has served more than one year of supervised release, Ms. Harris is eligible for early termination of the remainder of his supervised release under 18 U.S.C. § 3583(e). Mere compliance with the terms of supervised release does not justify early termination because compliance is expected.

Here, Ms. Harris has made substantial progress such that the interests of justice support early termination at this point. Since her release, Ms. Harris has completed inpatient and outpatient treatment and has over a year of sobriety. Ms. Harris has been working to become a licensed esthetician and has started a business. Additionally, Ms. Harris has cared for the needs of her family along with successfully completing the requirements of supervision. Therefore, the Court grants Ms. Harris's motion for early termination of supervised release (Dkt. No. 711).

It is so ordered this 1st day of December, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge